FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. Case No. 2:14-mj-00105-VCF |
| PLAINTIFF | |
| VS. | **O R D E R** |
| WILLIAM RASKE, | |
| DEFENDANT. | |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 17 day of February, 2014.

HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE